**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

1165 NORTON STREET, ST. PAUL, MN; and

2416 TEAKWOOD DRIVE EAST,
MAPLEWOOD, MN,

Defendants,

and,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;

CITADEL SERVICING CORPORATION;

DEEANNA TATUM;

CMG MORTGAGE, INC.,

Claimants.

Civil No. 25-2923 (JRT/ECW)

**ORDER**

---

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Consent Motion to Dismiss 1165 Norton Street, St. Paul, MN as a Defendant in this matter (Docket No. [24]) is **GRANTED**;

2. Defendant 1165 Norton Street, St. Paul, MN is **DISMISSED** from this case without costs or disbursements to any party; and

3. The Clerk's Office is hereby ordered to rename the caption as United States of America v. 2416 Teakwood Drive East, Maplewood, MN.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 14, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge